# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DARYL A. ROYSTER,**
    **Plaintiff,**

vs.                                                              CASE NO.: 3:06cv358/MCR/MD

**AMERICAN CYANAMID CO., et al.,**
    **Defendants.**
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 25, 2006.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's federal claims are DISMISSED WITH PREJUDICE as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

    3.    The plaintiff's state law claim is DISMISSED WITHOUT PREJUDICE to his re-filing it in state court.

4. The clerk is directed to close the file.

**DONE AND ORDERED this 25th day of September, 2006.**

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

*Case No: 3:06cv358/MCR/MD*